# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON 12/27/14

THIS RECORD WAS ORIGINALLY DUE ON 12/27/14

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 4:14:58 PM
DEBBIE AUTREY
Clerk

I AM REQUESTING 30 DAYS

THIS RECORD IS APPROXIMATELY 320 PAGES LONG

IS THIS APPEAL ACCELERATED?  ___ YES  X  NO


SIXTH COURT OF APPEALS CAUSE NO.  :

STYLE OF CASE:   Roderick Beham vs. The State of Texas

TRIAL COURT:    5th District - Bowie County

TRIAL COURT CAUSE NO.:  14F0004-005


I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):

**My duties listed below preclude working on this record**:

| | |
|---|---|
| 09/02/14 | Cass County criminal docket |
| 09/04/14 | Cass County civil docket |
| 09/05/14 | Cass County criminal docket & civil docket |
| 09/11/14 | Bowie County civil docket |
| 09/12/14 | Bowie County civil docket |
| 09/15/14 | Cass County criminal docket |
| 09/16/14 | Cass County civil docket |
| 09/19/14 | Cass County civil docket |
| 09/22/14 | Bowie County criminal docket |
| 09/23/14 | Bowie County criminal jury trial (10F0484-005 (State vs. Donald Ray Brown) |
| 09/24/14 | State vs. Brown |
| 09/25/14 | State vs. Brown |
| 09/26/14 | State vs. Brown & civil docket |
| 09/29/14 | Cass County criminal docket |
| 09/30/14 | Cass County criminal docket |
| 10/03/14 | Cass County civil docket |
| 10/06/14 | Bowie County criminal docket |
| 10/07/14 | Bowie County civil jury trial (11C1323-005 Sparks vs. Simpson) |
| 10/08/14 | Sparks vs. Simpson |
| 10/09/14 | Sparks vs. Simpson |
| 10/10/14 | Sparks vs. Simpson |
| 10/14/14 | Cass County criminal docket |
| 10/15/14 | Cass County civil docket |
| 10/17/14 | Bowie County (Sparks vs. Simpson) |

| | |
|---|---|
| 10/20/14 | Bowie County criminal docket |
| 10/21/14 | Bowie County criminal |
| 10/24/14 | Bowie County civil docket |
| 10/27/14 | Cass County criminal docket |
| 10/31/14 | Cass County civil docket & criminal docket |
| 11/03/14 | Bowie County criminal docket & civil docket |
| 11/04/14 | Bowie County civil docket |
| 11/05/14 | Bowie County civil docket |
| 11/10/14 | Court reporter training on equipment, Breaux Bridge, Louisiana |
| 11/11/14 | Court reporter training on equipment, Breaux Bridge, Louisiana |
| 11/12/14 | Cass County criminal proceeding |
| 11/14/14 | Cass County civil docket |
| 11/17/14 | Bowie County criminal docket |
| 11/18/14 | Bowie County criminal jury trial (State vs. James David Haynes, Jr.) |
| 11/19/14 | Bowie County criminal jury trial (Haynes) |
| 11/20/14 | Bowie County criminal jury trial (Haynes) |
| 11/21/14 | Bowie County criminal jury trial (Haynes) |
| 11/24/14 | Bowie County civil docket |
| 11/25/14 | Bowie County criminal docket (a.m.)/Cass County criminal docket (p.m.) |
| 12/01/14 | Cass County criminal docket |
| 12/02/14 | Cass County criminal docket |
| 12/05/14 | Cass County criminal docket |
| 12/08/14 | Bowie County criminal docket and civil docket |
| 12/12/14 | Bowie County civil docket and criminal docket |
| 12/15/14 | Cass County criminal docket |
| 12/16/14 | Cass County civil docket |
| 12/17/14 | Bowie County criminal docket and civil docket |

Production of Reporter's Records in other cases

State vs. Baughman
State vs. Hoskison
State vs. Jones
State vs. Fahrni

In compliance with TEX. R. APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that he information contained in this notice is true and within my personal knowledge.

| 1/4/15 | /S/ Leslie P. Bates |
|---|---|
| Date | Signature |

| 903-733-0849 | Leslie P. Bates |
|---|---|
| Office Phone Number | Printed Name |

| lpbcsrccr@valornet.com | Official Court Reporter |
|---|---|
| E-mail address (if available) | Official Title |

The following parties have been served with a copy of this document:

**Lead Counsel for Appellant(s):**          **Lead Counsel for Appellee(s):**

Name:    Alwin A. Smith                     Name:    Samantha J. Oglesby

Address:    602 Pine Street                 Address:    601 Main Street
            Texarkana, Texas 75501                      Texarkana, TX 75501

Phone No.:    903-792-1608                  Phone No.:    903-735-4800

Attorney for:    Kevin Lynn Fahrni          Attorney for:  State of Texas

FAX TO:  Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903798-3034

(to be followed by a printed version by mail)